NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1599

EXCEL INNOVATIONS, INC.,

Plaintiff/Counterclaim Defendant-Appellant,

and

AVIV LLC and NED HOFFMAN,

Counterclaim Defendants,

v.

INDIVOS CORPORATION
and SOLIDUS NETWORKS, INC.,

Defendants/Counterclaimants-Appellees.

Appeal from the United States District Court for the Northern District of California in case no. 03-CV-3125, Judge Maxine M. Chesney.

ON MOTION

ORDER

Upon consideration of Indivos Corporation and Solidus Networks, Inc.'s motions to substitute Mark S. Davies as principal counsel and to withdraw Alfred C. Pfeiffer, Jr. as principal counsel, and for a 45-day extension of time, until March 2, 2009, to file their reply brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**FEB  2 2009**

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2009

JAN HORBALY
CLERK

cc:  Greg J. Charles, Esq.
     Alfred C. Pfeigger, Jr., Esq.
     Mark S. Davies, Esq.

s20